## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| HUBERT JACKSON, | : No. 63 WM 2014 |
|---|---|
| Petitioner | : |
| v. | : |
| TREVOR A. WINGARD, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.